UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LINDY STOKER and JAMES YARBROUGH,        )
on Behalf of Themselves and All Others Similarly  )
Situated,                                )
            Plaintiff,                   )
                                         )   Case No. 0510064 RGS
v.                                       )
                                         )
JAMES B. HAWKES, SAMUEL L. HAYES,        )
III, WILLIAM H. PARK, RONALD A.          )
PEARLMAN, EATON VANCE CORP.,             )
BOSTON MANAGEMENT AND RESEARCH;          )
ATLANTA CAPITAL MANAGEMENT CO,           )
LLC, and JOHN DOES NO. 1 THROUGH 100     )
                                         )
            Defendants.                  )
```

RECEIVED
Clerk's Office
USDC, Mass.
Date 2/9/05
By M.P.
Deputy Clerk

## ASSENTED-TO MOTION TO ENLARGE TIME FOR
## SERVING ANSWER OR OTHER RESPONSIVE PLEADING

Defendants hereby request that this Court grant Defendants, Eaton Vance Corp., Boston Management and Research, Atlanta Capital Management Co., LLC, ("Defendant") an additional fifty (50) days from today – i.e., through Thursday, March 31, 2005 – to answer or otherwise respond to the Complaint in the above-captioned action. As grounds for this motion, Defendants state as follows:

1.  Plaintiff's Complaint names at least ten defendants, contains fifty paragraphs, and is nineteen pages in length.

2.  Given the complexity of the Complaint, and the number of defendants involved in this action, an additional fifty (50) days in which to answer or otherwise respond to the Complaint is reasonable.

3.  Plaintiff's Counsel has assented to the extension of time requested herein, and no prejudice will result from the allowance of this motion.

BOS-726367 v1