| | |
|---|---|
| LINDY STOKER, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> JAMES B HAWKES, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> 05-10064RGS <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS AND COMPLAINT |

FILED
IN CLERKS OFFICE
2005 FEB 14 P 3:51
U.S. DISTRICT COURT
DISTRICT MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of January, 2005, at 1:25 PM**, at the address of **1360 PEACHTREE Street STE 1600, ATLANTA, Fulton County, GA** ; this affiant served the above described documents upon **ATLANTA CAPITAL MANAGEMENT CO, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **KELLY WILLIAMS, CFO**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ____MA____ that the statement above is true and correct.

**Earl W. Gayle**

SUBSCRIBED AND SWORN to before me this 25th day of January, 2005

NOTARY PUBLIC in and for the State of Georgia

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633658