UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

LINDY STOKER and JAMES YARBROUGH, §
on Behalf of Themselves and All Others §
Similarly Situated, §
§
    Plaintiffs, §
§
v. § Case No. CV 05-10064 (RGS)
§
JAMES B. HAWKES, SAMUEL L. HAYES, §
III, WILLIAM H. PARK, RONALD A §
PEARLMAN, NORTON H. REAMER, LYNN §
A STOUT, EATON VANCE CORP., BOSTON §
MANAGEMENT AND RESEARCH; §
ATLANTA CAPITAL MANGAGEMENT CO, §
LLC, and JOHN DOES NO. 1 THROUGH 100 §
§
    Defendants. §

_____

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been

certified as a class action, without prejudice.

Dated: April 5, 2005            Respectfully Submitted,

/s/David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7841 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax