UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDY STOKER and JAMES YARBROUGH, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES B. HAWKES, SAMUEL L. HAYES, III, WILLIAM H. PARK, RONALD A. PEARLMAN, NORTON H. REAMER, LYNN A. STOUT, EATON VANCE CORP., BOSTON MANAGEMENT AND RESEARCH, ATLANTA CAPITAL MANAGEMENT CO., LLC., AND JOHN DOES NO. 1 THROUGH 100<br><br>　　　　　　Defendants. | §§§§§§§§§§§§§§§§§§ Case No. 05-10064 RGS |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs on this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 24, 2005　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ David Pastor_____
　　　　　　　　　　　　　　　　　　　　　　David Pastor (BBO # 391000)
　　　　　　　　　　　　　　　　　　　　　　GILMAN AND PASTOR, LLP
　　　　　　　　　　　　　　　　　　　　　　60 State Street, 37th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 742-9700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 742-9701

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

{00004833.DOC ; 1}